NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CRASSOCIATES, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**SPECTRUM HEALTHCARE RESOURCES, INC.,**
*Defendant-Appellee.*

---

2012-5037

---

Appeal from the United States Court of Federal Claims in case no. 11-CV-570, Judge Francis M. Allegra.

---

**ON MOTION**

---

**ORDER**

CRAssociates, Inc. (CRA) moves for an extension of time until February 16, 2012 to file a nonconfidential version of a motion for a stay or injunction. CRA states that it intends to file the confidential version of the motion on February 13, 2012. CRA also moves to "modify

and reissue" a protective order that was entered in the Court of Federal Claims.

To the extent that CRA or any other party seeks to file with this court a confidential version of a document days before it files a nonconfidential version of that document, we deny the motions because the rules of this court require that the confidential and nonconfidential versions be filed at the same time. If the parties believe that they must confer before filing documents with the court that may or may not contain confidential information, they should do so before filing the documents with this court. We agree that a protective order remains in effect on appeal, but the trial court's order may not override this court's rules.

Accordingly,

IT IS ORDERED THAT:

The motions are denied to the extent explained above.

FOR THE COURT

FEB 1 0 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Kenneth B. Weckstein, Esq.
Amy Laderberg O'Sullivan, Esq.
Michael Goodman, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 1 0 2012

JAN HORBALY
CLERK